1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **JORGE H. CARLOS,**                 )         **NO. LA CV 14-9038-VBF (GJS)**
                                          )
12              **Petitioner,**           )
                                          )
13      **v.**                            )         **FINAL JUDGMENT**
                                          )
14  **WARDEN, R.T.C. GROUNDS,**           )
                                          )
15              **Respondent.**           )
    _____ )

16

17

18          Pursuant to the Court's contemporaneously issued Order Overruling Petitioner's Objections,

19  Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas

20  Corpus Petition, Dismissing the Action With Prejudice, Terminating the Case, and Directing the Entry of

21  Separate Final Judgment, **final judgment is hereby entered in favor of the respondent and against**

22  **petitioner Jorge H. Carlos.**

23

24  DATED:  March 15, 2016

25                                              *Valerie Baker Fairbank*

26                                              _____

27                                              VALERIE BAKER FAIRBANK
                                                Senior United States District Judge

28